Order issued November 26, 2012

005038



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01174-CV

**IZZY ASHKENAZY, Appellant**

**V.**

**LSREF2 CLOVER REO2, LLC, Appellee**

## ORDER

Before the Court is appellant's November 19, 2012 motion to combine briefs and oral argument. We **DENY** appellant's motion **to the extent** he requests that he and the two appellants in appellate cause number 05-12-01172-CV file one combined brief.

We **GRANT** appellant's motion **to the extent** that he requests that he and the two appellants in appellate cause number 05-12-01172-CV present a single oral argument. The amount of time for oral argument will be determined by the submissions panel.

CAROLYN WRIGHT
CHIEF JUSTICE